JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME RONNIE SMITH, | Case No.  CV 08-8339-DDP (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| KEN CLARK, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  February 2, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE